**Opinion issued February 27, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00724-CR

———————————

**GREGORY ANTHONY SKERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Case No. 1386698**

## MEMORANDUM OPINION

Appellant, Gregory Anthony Skero, has filed a motion to dismiss the appeal.

The motion is signed by the appellant and his attorney, in compliance with Texas

Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has

issued, and more than 10 days have passed and no party has responded to the motion.  *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).